## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                               :
EAHANA DAVIS,                                  :        CIVIL ACTION
                                               :
                                               :
                          Plaintiff,           :
                                               :
              v.                               :        No.  14-6163
                                               :
SARAH DONNELLY AND                             :
PAUL DONNELLY,                                 :
                                               :
                                               :
                          Defendants.          :
_____:

## O R D E R

     **AND NOW**, this  24th  day of February, 2015, upon consideration of Plaintiff, Eahana

Davis' ("Plaintiff"), Motion for Remand (Doc. No. 6), Defendants, Sarah Donnelly and Paul

Donnelly's (collectively, the "Defendants"), Response in Opposition, and Plaintiff's Reply

thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.  It is **ORDERED** that

the action is **REMANDED** to the Court of Common Pleas of Philadelphia County,

Pennsylvania.

                                                   BY THE COURT:


                                                   /s/ Robert F. Kelly
                                                   ROBERT F. KELLY
                                                   SENIOR JUDGE